UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 25-171 |
| DAVID LOUIS, IV | SECTION P(2) |

## NOTICE OF DETENTION HEARING

PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING

Take Notice that this criminal case has been **set** for a **DETENTION HEARING** on **July 23, 2025 at 2:00 p.m.,** in open court, before Magistrate Judge Donna Phillips Currault, Federal Courthouse Building, 500 Poydras Street, New Orleans, LA 70130.

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

| | |
|---|---|
| DATE: July 23, 2025 | CAROL L. MICHEL, CLERK<br>by: Courtney Ancar, Deputy Clerk |
| TO:<br>David Louis, IV (Custody) | AUSA Brittany Reed |
| Counsel for Defendant:<br>Samuel J. Scillitani, Jr. | U.S. Marshal<br>U.S. Probation<br>U.S. Pretrial Services Unit |
| | JUDGE PAPILLION<br>MAGISTRATE JUDGE |
| If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7600 | FOREIGN LANGUAGE<br>INTERPRETER: NONE |